**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| WILSON CHOUEST,<br><br>        Petitioner - Appellant,<br><br>v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Respondent - Appellee. | No. 09-16213<br><br>D.C. No. 1:07-cv-01427-IEG-AJB<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Irma E. Gonzalez, Chief District Judge, Presiding

Submitted March 8, 2011[**]

Before:    FARRIS, LEAVY, and BYBEE, Circuit Judges.

California state prisoner Wilson Chouest appeals from the district court's

judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction

under 28 U.S.C. § 2253, and we affirm.

---

       [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

      [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Chouest contends that the Board's 2005 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *See Swarthout v. Cooke*, 131 S. Ct. 859, 862-63 (2011). Because Chouest raises no procedural challenges, we affirm.

Chouest's request for further briefing is denied.

**AFFIRMED**.